UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAPHAEL M. PROVINO,

    Plaintiff

v.

FBI DIRECTOR CHRISTOPHER WRAY, et al.,

    Defendants

Case No.: 3:23-cv-00211-MMD-CSD

**Order**

    On May 24, 2023, Plaintiff filed a complaint that was not accompanied by either the $402 filing fee (consisting of a $350 filing fee and $52 administrative fee) or an application to proceed *in forma pauperis* (IFP).

    A person may be granted permission to proceed IFP if the person "submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (en banc) (stating that 28 U.S.C. § 1915 applies to all actions filed IFP, not just prisoner actions).

    The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed [IFP]. The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." LSR 1-1.

    "[T]he supporting affidavits [must] state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *U.S. v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981)

(quotation marks and citation omitted). A litigant need not "be absolutely destitute to enjoy the benefits of the statute." *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

The Clerk shall **SEND** Plaintiff the instructions and application to proceed IFP for a non-inmate. Plaintiff has **30 days** from the date of this order to either pay the $402 filing fee or submit a completed IFP application on the court's form. A failure to do so may result in dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: July 13, 2023

_____
Craig S. Denney
United States Magistrate Judge